IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :  Case No.: 7:21-CR-48 (WLS-TQL-4) |
| | : |
| JEHMEIL CARMICHAEL, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

On Wednesday, October 12, 2022, a pretrial conference was held in this matter. At the pretrial conference, Defense Counsel announced that they were not ready to proceed to trial, as Defense Counsel had not yet had the opportunity to review discovery with the Defendant. The reason that Defense Counsel had not yet reviewed discovery with the Defendant is that Defendant had recently been sentenced to the Georgia Department of Corrections and could not be located.

Defendant subsequently filed an Unopposed Motion to Continue trial in the interests of justice on October 13, 2022. (Doc. 457.) Therein, Defendant requests that this Court continue this case from this Court's November 2022 trial term to the February 2023 trial term to allow Defense Counsel to review discovery in this matter with the Defendant.[1] (*Id.*)

Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 457) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division February 2023 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under

---

[1] The Court notes for the purposes of the record that this matter was previously certified as complex and excluded from computation under 18 U.S.C. § 3161. (Doc. 209.) The Court subsequently issued a scheduling Order (Doc. 298) in which it tentatively set the trial of this matter for November 7, 2022. (Doc. 298.) This Order addresses the need to extend that deadline and exclude the time lost on that account.

the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 17th day of October 2022.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2