**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,     :
:
v.     :
:     Case No.: 7:21-CR-48 (WLS-TQL-4)
:
JEHMEIL CARMICHAEL,     :
:
:
Defendant.     :
_____:

## <u>ORDER</u>

On October 13, 2021, this Court entered an Order certifying this case as complex and excluding it from computation under 18 U.S.C. § 3161. (Doc. 209.) After receiving input from the Parties, the Court issued a Scheduling Order on January 24, 2022. (Doc. 298.) Pursuant to the Scheduling Order, the trial of this case was tentatively set for November 7, 2022. (Doc. 298.)

On October 12, 2022, a pretrial conference was held in this matter. (Doc. 450.) At the pretrial conference Defense Counsel announced that they were not ready for trial due to Defense Counsel's inability to confer with Defendant at any point prior to October 12, 2022. (*Id.*) The reason that Defense Counsel was not able to confer with Defendant was that Defendant had recently been sentenced to the Georgia Department of Corrections and was unavailable. (Doc. 453.) Based on Defendant's stated reasons this Court found good cause to continue the trial of this matter to the February term of Court. (Doc. 460.)

The Court intends to notice this case for the February 2023 trial term. All Parties' counsel **shall** review the case, confer, and inform the Court no later than **Monday, December 19, 2022,** whether any matters require a hearing or further briefing or whether the case is ready

1

to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise this case will be noticed for a pretrial conference.

**SO ORDERED**, this 1st day of December, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**